IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GEORGE FREEMAN,

      Appellant,

v.

HILLSBOROUGH AREA
REGIONAL TRANSIT
AUTHORITY,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-0826

Opinion filed October 16, 2015.

An appeal from an order of the Public Employees Relations Commission.

George Freeman, pro se, Appellant.

Mark E. Levitt and Marc A. Sugerman of Allen, Norton & Blue, P.A., Winter Park; Sylvia A. Berrien, Hillsborough Transit Authority, Tampa, for Appellee.

PER CURIAM.

      AFFIRMED.

BENTON, OSTERHAUS, and BILBREY, JJ., CONCUR.